IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEVEN HODA** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil Action No. 1:09cv772-LG-RHW** |
| | § | |
| **ROBERT EMMIL, Deputy** | § | **DEFENDANT** |

### JUDGMENT

This matter having come on to be heard on the Report and Recommendations [44] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [44] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 22nd day of August, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE